Same case below, 422 Fed. Appx. 828.

**No. 11-6387. Wilson Christopher Ortega, Petitioner v. California.**

565 U.S. 1040, 132 S. Ct. 586, 181 L. Ed. 2d 431, 2011 U.S. LEXIS 8166.

November 14, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 11-6390. Rennie Hurtado, Petitioner v. Dave L. Runnels, Warden, et al.**

565 U.S. 1040, 132 S. Ct. 586, 181 L. Ed. 2d 431, 2011 U.S. LEXIS 8273.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 428 Fed. Appx. 704.

**No. 11-6393. Leon Fowler, Petitioner v. Steven Howell.**

565 U.S. 1040, 132 S. Ct. 586, 181 L. Ed. 2d 431, 2011 U.S. LEXIS 8230.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 416 Fed. Appx. 571.

**No. 11-6395. Johnnie A. Hollins, Petitioner v. Fulton County, Georgia, et al.**

565 U.S. 1040, 132 S. Ct. 586, 181 L. Ed. 2d 431, 2011 U.S. LEXIS 8275,

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6397. Dwight Garrison, Petitioner v. David Rock, Superintendent, Upstate Correctional Facility.**

565 U.S. 1040, 132 S. Ct. 586, 181 L. Ed. 2d 431, 2011 U.S. LEXIS 8128.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-6400. Kevin L. Fuqua, Petitioner v. Claude E. Finn, Warden.**

565 U.S. 1040, 132 S. Ct. 586, 181 L. Ed. 2d 431, 2011 U.S. LEXIS 8267.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6403. Dean Jacobs, Petitioner v. California.**

565 U.S. 1040, 132 S. Ct. 587, 181 L. Ed. 2d 431, 2011 U.S. LEXIS 8098.

November 14, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Three, denied.

**No. 11-6405. Gregory T. Gary, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

565 U.S. 1040, 132 S. Ct. 587, 181 L. Ed. 2d 431, 2011 U.S. LEXIS 8266.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.